AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

### WARRANT FOR ARREST

V.

O841- 0321- 0766 - 0

CASE NUMBER: **CR 08-75 JMR**

Zachary Wiley Mann

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest:   Zachary Wiley Mann

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:
        Violation of Supervised Release

Ordered by:        James M. Rosenbaum, United States District Court Chief Judge.

_Lori Sampson_                                      March 21, 2008 at Minneapolis, MN

(By)        Lori Sampson, Deputy Clerk

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

Date Received: _____        Date of Arrest: _____

Name and Title of Arresting Officer        Signature of Arresting Officer

ARRESTED ON 3-21-08
ARRESTED BY Secret Service
**U.S. MARSHAL**
**DISTRICT OF MINNESOTA**
BY _____

SCANNED

APR 03 2008

U.S. DISTRICT COURT ST. PAUL

criminal\warrant.frm                                      DC Modified 5/17/07